# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

JASON ALSTON            PLAINTIFF

V.            NO. 4:18-CV-157-DMB-JMV

PRAIRIE FARMS DAIRY, INC. d/b/a
Luvel; HAROLD LEROY PAPEN            DEFENDANTS

## ORDER LIFTING STAY

This matter is before the court consistent with the court's Order [31], staying this case pending a ruling on the [30] motion to dismiss for failure to effect proper service. The District Judge has now ruled on the motion. Doc. #47. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED**. A case management conference has been set by separate notice of the court.

**SO ORDERED**, this January 3, 2020.

                 /s/ Jane M. Virden
                 **UNITED STATES MAGISTRATE JUDGE**