# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JASON D. ALSTON**                                                                                        **PLAINTIFF**

**V.**                                               **NO. 4:18-CV-157-DMB-JMV**

**PRAIRIE FARMS DAIRY, INC.,**
**d/b/a Luvel; HAROLD LEROY**
**PAPEN**                                                                                         **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, summary judgment is granted in favor of Prairie Farms Dairy, Inc. and Harold Leroy Papen.

**SO ORDERED**, this 21st day of May, 2021.

                                                                                     **/s/Debra M. Brown**
                                                                                     **UNITED STATES DISTRICT JUDGE**